AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| PRICILIANO MARTINEZ-TREJO | CASE NUMBER: 08CR 850-L |

I, PRICILIANO MARTINEZ-TREJO, the above named defendant, who is accused committing the following offense:

> Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/20/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Priciliano Martinez Trejo*
Defendant

*[signature]*
Counsel for Defendant

Before *[signature]*
JUDICIAL OFFICER

**FILED**
MAR 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY